UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARNOLD SMILEY,

    Petitioner,

v.                                      CASE NO. 6:04-cv-936-Orl-19DAB

DONL S. GLADISH, et al.,

    Respondents.

## ORDER

This case is before the Court on Petitioner's Application for Certificate of Appealability (Doc. No. 27, filed November 22, 2006). Petitioner seeks a certificate of appealability regarding claims five, eight, and nine. Claim five, which alleged ineffective assistance of counsel, was denied pursuant to 28 U.S.C. § 2255(d). *See* Doc. No. 19 at 9  Claims eight and nine were determined to be procedurally barred. *Id*. at 11-14.

Under the applicable statute, this Court should grant an application for a certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When a claim is denied on procedural grounds, a certificate of appealability should issue "when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

This Court finds that Petitioner has not satisfied his obligations under § 2253(c)(2) or *Slack*; therefore, the motion for a certificate of appealability (Doc. No. 27) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this   27th   day of November, 2006.

*[signature]*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 11/27
Counsel of Record
Arnold Smiley